# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CR-0060-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SALOMON JESUS ROMERO JARAMILLO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion[s] for Admission Pro Hac Vice and Affidavit [for Katryna Lyn Spearman and Murdoch Walker, II]" (documents # 11-12) filed July 30, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: July 30, 2020

David S. Cayer
United States Magistrate Judge